~~ORIGINAL~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                               :

UNITED STATES OF AMERICA    :

       - v. -                  :     **MISDEMEANOR**
                              :     **INFORMATION**
QIAN GUO, a/k/a "Roy,"      :
                              :     S4 18 Cr. 799 (KMW)
          Defendant.      :
- - - - - - - - - - - - - - - - X

### COUNT ONE

The United States Attorney charges:

1. Between in or about May 2018 and in or about November 2018, in the Southern District of New York and elsewhere, QIAN GUO, a/k/a "Roy," the defendant, intentionally and knowingly did possess controlled substances, to wit, GUO possessed mixtures and substances containing a detectable amount of methamphetamine.

(Title 21, United States Code, Section 844(a).)

_____
GEOFFREY S. BERMAN
United States Attorney