USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/19



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 20, 2019

**MEMO ENDORSED**

**BY ECF**
The Honorable Kimba M. Wood
United States District Judge
500 Pearl Street
New York, New York 10007

Re:   *United States v. Bingqin Yang*, 18 Cr. 799 (KMW)

Dear Judge Wood:

The Government writes, with the consent of defense counsel, to request a 30-day adjournment of the briefing schedule for any pretrial motions in the above-captioned case. Defense motions are currently due on January 13, 2020, with the Government's opposition due by February 14, 2020. The reason for this request is that the Government is still in the process of obtaining translations of certain recordings in this case, and the parties remain engaged in discussions regarding potential pretrial dispositions of this matter.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: __/s/_____
Alexandra Rothman
Assistant United States Attorney
(212) 637-2580

cc:   Defense counsel (by ECF)

*The requested adjournment is granted. Pretrial motions are due by February 12, 2020. The Government's response is due by March 16, 2020. Any replies are due by March 23, 2020.*

SO ORDERED, N.Y., N.Y.

*/s/ Kimba M. Wood*

KIMBA M. WOOD    12/20/19
U.S.D.J.