

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 7, 2020

**BY ECF**                                            **MEMO ENDORSED**

The Honorable Kimba M. Wood
United States District Judge
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Bingqin Yang et al.*, 18 Cr. 799 (KMW)

Dear Judge Wood:

    The Government writes, with consent of defense counsel, to request that the Court adjourn the upcoming trial date in the above-captioned matter from July 13, 2020 to a date in November or December 2020 in light of ongoing risks associated with COVID-19 and the June 11, 2020 Order issued by Chief Judge Colleen McMahon regarding the suspension of criminal jury trials. The Government further requests, with consent of defense counsel, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from July 13, 2020 to the new trial date.

                                          Respectfully submitted,

                                          GEOFFREY S. BERMAN
                                          United States Attorney

                                       By: __/s/_____
                                          Sheb Swett
                                          Alexandra Rothman
                                          Assistant United States Attorney
                                          (212) 637-6522 / -2580

cc:    Defense counsel (by ECF)

                                          Trial is adjourned to November 9, 2020.
                                          If counsel would like time excluded, they shall
                                          submit a proposed Speedy Trial Act Order.

                                          /s/ Kimba M. Wood    7/10/2020
                                          KIMBA M. WOOD
                                          U.S. DISTRICT COURT JUDGE